# Court of Appeals
# of the State of Georgia

ATLANTA, __June 08, 2012__

*The Court of Appeals hereby passes the following order:*

## A12A1776. CLARK v. HARDMAN et al.

Appellant's motion to remand is GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __06/08/2012__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____, *Clerk.*